JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICKY ARTHUR ROBERTS, ) <br> ) <br> Defendant. ) | NO. CR03-5169FDB <br><br> ORDER FOR WITHDRAWAL AND <br> SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Russell V. Leonard, are permitted to withdraw as defense counsel in this matter, and that privately retained defense counsel Thomas Olmstead shall be appointed to represent Mr. Roberts.

DONE this 9th day of May, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jerome Kuh for Russell V. Leonard*
Jerome Kuh for Russell V. Leonard
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
U.S. v. Roberts, NO. CR03-5169FDB – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway , Suite 400
Tacoma, Washington  98402